UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-03570-SVW-MAA | Date | July 8, 2024 |
|---|---|---|---|
| Title | Christopher Kohrs v. Swift Transportation Co. of Arizona, LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Gaye Limon | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua H Haffner<br>Trevor W. Weinberg<br>Alfredo Torrijos | Paul S Cowie |

**Proceedings:**  NEW CASE STATUS CONFERENCE;
MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [12]

The motion is GRANTED. The case is remanded.

: 05

Initials of Preparer   PMC